**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ZAPFRAUD, INC.<br><br>                 Plaintiff,<br><br>     v.<br><br>BARRACUDA NETWORKS, INC.<br>BARRACUDA HOLDINGS, LLC<br><br>                 Defendants. | Civil Action No. 19-cv-1687-MN<br><br>**JURY TRIAL DEMANDED** |
| ZAPFRAUD, INC.<br><br>                 Plaintiff,<br><br>     v.<br><br>FIREEYE, INC.<br><br>                 Defendant. | Civil Action No. 19-cv-1688-MN<br><br>**JURY TRIAL DEMANDED** |
| ZAPFRAUD, INC.<br><br>                 Plaintiff,<br><br>     v.<br><br>FORTINET, INC.<br><br>                 Defendant. | Civil Action No. 19-cv-1689-MN<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| ZAPFRAUD, INC. <br><br>  Plaintiff, <br><br> v. <br><br> MIMECAST NORTH AMERICA, INC. <br> MIMECAST UK LIMITED <br> MIMECAST SERVICES LTD. <br><br>  Defendants. | Civil Action No. 19-cv-1690-MN <br><br> **JURY TRIAL DEMANDED** |
| ZAPFRAUD, INC. <br><br>  Plaintiff, <br><br> v. <br><br> PROOFPOINT, INC. <br><br>  Defendant. | Civil Action No. 19-cv-1691-MN <br><br> **JURY TRIAL DEMANDED** |

## **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jonas R. McDavit and Wen Xue of Desmarais LLP to represent Plaintiff ZapFraud, Inc. in these matters.

Dated:  September 18, 2019                              Respectfully submitted,

                                                        FARNAN LLP

                                                        /s/ Brian E. Farnan
                                                        Brian E. Farnan (Bar No. 4089)
                                                        919 N. Market Street, 12th Floor
                                                        Wilmington, Delaware  19801
                                                        (302) 777-0300
                                                        (302) 777-0301
                                                        bfarnan@farnanlaw.com

                                                        *Attorneys for Plaintiff ZapFraud, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
                            United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective August 30, 2016, I further certify that the annual fee of $25.00 has previously been submitted.

Date:  September 10, 2019        */s/ Jonas R. McDavit*
　　　　　　　　　　　　　　　　　Jonas R. McDavit, Esq.
　　　　　　　　　　　　　　　　　DESMARAIS LLP
　　　　　　　　　　　　　　　　　230 Park Avenue
　　　　　　　　　　　　　　　　　New York, NY 10169
　　　　　　　　　　　　　　　　　(212) 351-3400
　　　　　　　　　　　　　　　　　jmcdavit@desmaraisllp.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective August 30, 2016, I further certify that the annual fee of $25.00 will be submitted upon the filing of this motion.

Date:   September 10, 2019          */s/ Wen Xue*
                                    Wen Xue, Esq.
                                    DESMARAIS LLP
                                    230 Park Avenue
                                    New York, NY 10169
                                    (212) 351-3400
                                    wxue@desmaraisllp.com