## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ZapFraud, Inc.

               Plaintiff,

      v.

Barracuda Networks, Inc. et al.

           Defendants.

Civil Action No. 19-cv-1687-MN

**JURY TRIAL DEMANDED**

## STIPULATION REGARDING FIRST AMENDED COMPLAINT

## AND PROPOSED ORDER

Subject to the Court's approval, plaintiff ZapFraud, Inc. ("ZapFraud") and defendants Barracuda Networks, Inc. and Barracuda Holdings, LLC (collectively "Barracuda") hereby stipulate that:

1.  Pursuant to Federal Rule of Civil Procedure 15(a) and in the interest of judicial efficiency, ZapFraud may bring its action by amending its original complaint and filing the First Amended Complaint attached hereto as Exhibit 1.  The redline of the First Amended Complaint is attached as Exhibit 2.

2.  The First Amended Complaint shall be deemed filed and served upon the filing of this stipulation;

3. Barracuda shall have until November 14, 2019 to answer or otherwise respond to the First Amended Complaint; and

4. By entering into this Stipulation, Barracuda is not waiving any right to challenge the sufficiency of ZapFraud's pleading.

Dated: October 18, 2019

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Telephone: 302-777-0300
Facsimile: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff ZapFraud, Inc.*

Respectfully submitted,

Rimon, P.C.

*/s/ Karineh Khachatourian*
Karineh Khachatourian
2479 E Bayshore Road, Suite 210
Palo Alto, CA 94303
Telephone: (650) 461-4433
karinehk@rimonlaw.com

*Attorneys for Defendants*

IT IS SO ORDERED this _____ day of_____, 2019.

_____
United States District Judge