# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZAPFRAUD, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 19-1687-CFC |
| | ) | |
| BARRACUDA NETWORKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| ZAPFRAUD, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 19-1688-CFC |
| | ) | |
| FIREEYE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| ZAPFRAUD, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 19-1690-CFC |
| | ) | |
| MIMECAST NORTH AMERICA, INC., MIMECAST UK LIMITED and MIMECAST SERVICES LTD., | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| ZAPFRAUD, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 19-1691-CFC ) |
| PROOFPOINT, INC., | ) ) |
| Defendant. | ) ) |

## ORDER

At Wilmington this 20th day of December, 2019,

IT IS ORDERED that the pending motions to dismiss and transfer (D.I. 15 in Civil Action No. 19-1687-CFC, D.I. 13 and D.I. 15 in Civil Action No. 19-1688-CFC, D.I. 20 in Civil Action No. 19-1690-CFC, D.I. 12 in Civil Action No. 19-1691-CFC ) are referred to Magistrate Judge Christopher J. Burke for resolution pursuant to 28 U.S.C. § 636(b).

_____
United States District Judge